

# Fourth Court of Appeals
## San Antonio, Texas

August 6, 2014

No. 04-14-00542-CV

**CITY OF LEON VALLEY** and Irene Baldrige,
Appellants

v.

**WM. RANCHER ESTATES JOINT VENTURE**, Rafael Alfaro, Jose Alfaro, Carman Alfaro,
Daniel Bee, Robert Caldwell, Anne Caldwell, Defernce Service Business, Inc., Earl Doderer,
Sylvia Doderer, James Dowdy, Betty Dowdy, Issac Elizondo, Suzanne Elizondo, Et al.,
Appellees

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-03399
Honorable Laura Salinas, Judge Presiding

# O R D E R

Appellants City of Leon Valley, Texas, Unknown Employee(s) of City of Leon Valley, and Irene Baldridge filed a notice of interlocutory appeal, asserting they were appealing from a trial court's June 27, 2014 order denying their plea to the jurisdiction. In the filing in this court, appellants also included a copy of the alleged order from which they contend they are appealing. The document is not actually an order or judgment, but is, in fact, a document entitled "JUDGE'S NOTES." In the "DATE OF NOTES" section is a handwritten entry of "6/27/14." In the "NOTES" section is a handwritten entry stating "Plea to the Jurisdiction Denied" and the signature of the Honorable Laura Salina.

This court has specifically held that "[a] judge's handwritten notes are for his or her own convenience and form no part of the record." *In re L.H.*, No. 04-13-00174-CV, 2013 WL 3804584, at *1 (Tex. App.—San Antonio July 17, 2013, no pet.) (citing *In re A.W.*, 384 S.W.3d 872, 873 (Tex. App.—San Antonio 2012, no pet.)). In other words, judge's notes do not constitute an appealable order. *See id.* Thus, it appears there is no judgment or order — final or interlocutory — from which appellants may appeal.

Accordingly, we order appellants to show cause in writing to this court on or before **August 18, 2014**, why this appeal should not be dismissed for lack of jurisdiction based on the absence of an appealable order or judgment. We further order the appellate deadlines suspended until further order of this court.

_____

Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of August, 2014.

_____

Keith E. Hottle
Clerk of Court